No. 858. CHODORSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 869. JULES S. BACHE TRUST ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Allan F. Ayers, Jr.* and *Martin D. Jacobs* for Beckman, and *Wilbur H. Friedman* for Miller, petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Melva M. Graney* for respondent.

No. 899. WUNDERLICH CONTRACTING CO. ET AL. v. UNITED STATES EX REL. REISCHEL & COTTRELL ET AL. C. A. 10th Cir. Certiorari denied. *Allan E. Mecham* for petitioners. *John S. Boyden* for respondents.

No. 859. UNION PACIFIC RAILROAD CO. v. UNITED STATES. Court of Claims. Certiorari denied. *Lawrence Cake* and *Raymond A. Negus* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *Alan S. Rosenthal* for the United States.

No. 874. POMEROY, EXECUTOR, v. PENNSYLVANIA RAILROAD CO. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Hyman Smollar* and *Eugene Gressman* for petitioner. *Hugh B. Cox* and *James H. McGlothlin* for respondent.